### CRESPO, APPELLANT, *v.* PORTO RICAN & AMERICAN INSURANCE COMPANY, APPELLEE.

### Second District Court of San Juan.

No. 2710.—Decided April 25, 1922.

This was a motion to dismiss the appeal because of the expiration on March 17 of the last extension granted to perfect it "without any action by the plaintiff-appellant to obtain further extensions or to perfect his appeal up to this

day." No averment being made as to whether the appellant had filed the transcript in the Supreme Court, the motion was overruled.—Mr. Chief Justice Del Toro delivered the opinion of the court.